Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in The U.S.
DISTRICT COURT at Seattle, Washington.

_March 24_ 20 _05_
BRUCE RIFKIN, / Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STORMMY V. PAUL,<br>LYLE SHAWN CONWAY,<br>LYLE WAYNE CONWAY,<br>SILAS CROSS,<br>GERALD GEORGE,<br>ELIZABETH "VICKI" GORD,<br>DAVID TURNIPSEED and<br>JOSHUA TURNIPSEED,<br><br>Defendants. | NO. **CR05 0116P**<br>-<br><br>INDICTMENT<br><br><br>‖ ‖‖‖‖‖ ‖‖‖‖ ‖‖‖‖ ‖‖‖‖ ‖‖‖‖‖ ‖‖‖‖ ‖‖‖‖ ‖‖‖‖ ‖‖‖‖<br>‖ ‖‖‖‖‖ ‖‖‖‖‖ ‖‖‖‖ ‖‖‖‖‖ ‖‖‖‖ ‖‖‖‖ ‖‖ ‖‖‖‖<br><br>05-CR-00116-INDI |

THE GRAND JURY CHARGES THAT:

## I.

## INTRODUCTION

At all times relevant to this Indictment:

1.      STORMMY V. PAUL was the owner/operator of a cigarette wholesale operation known by several names, including: "NDN ENTERPRISES," "MGN," "MGN WHOLESALE," "MGN ENTERPRISES," and "NAFCO INC." STORMMY V. PAUL conducted the wholesale operation primarily from his residence in Marysville, Washington. STORMMY V. PAUL was a licensed cigarette wholesaler in the State of Washington from April 6, 2000, through March 2002, after which he no longer had a valid cigarette wholesaler's license in the State of Washington.

INDICTMENT/STORMMY V. PAUL, *et al.* - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   2.   STORMMY V. PAUL conducted business and financial transactions
2   among and with several retail establishments located on the Puyallup Indian Reservation,
3   in Pierce County, within the Western District of Washington. The retail establishments
4   specialized in the sale of various tobacco products, but primarily were engaged in the sale
5   of cigarettes. Within the community, these retail establishments were commonly referred
6   to and known as "smoke shops."
7   3.   LYLE SHAWN CONWAY was the owner/operator of LYLE'S II SMOKE
8   SHOP, located at 3114 River Road East.
9   4.   LYLE WAYNE CONWAY was the owner/operator of LYLE'S SMOKE
10  SHOP, located at 7511 Valley Avenue East. LYLE WAYNE CONWAY is the father of
11  LYLE SHAWN CONWAY.
12  5.   SILAS CROSS was the owner/operator of CROSS'S SMOKE SHOP,
13  located at 7522 Valley Avenue East.
14  6.   GERALD GEORGE was the owner/operator of JERRY'S SMOKE SHOP,
15  located at 5803 North Levee Road, and JERRY'S II SMOKE SHOP, located at
16  1207 Alexander Avenue East.
17  7.   ELIZABETH "VICKI" GORD was the owner/operator of the
18  THUNDERBIRD STORE, located at 7121 East Waller Road, and KI-YA's TRADING
19  POST, located at 2811 Portland Avenue.
20  8.   DAVID TURNIPSEED was the owner/operator of the "BJ's" chain of
21  smoke shops, to include:  BJ'S II SMOKE SHOP, located at 7324 River Road East,
22  BJ'S II SMOKE SHOP, located at 4315 Pacific Highway East, and
23  BJ'S II SMOKE SHOP, located at 1305 Alexander Avenue East.
24  9.   JOSHUA TURNIPSEED was the owner/operator of D & A SMOKE
25  SHOP, located at 5511 Pacific Highway East. JOSHUA TURNIPSEED is the son of
26  DAVID TURNIPSEED.
27
28

INDICTMENT/STORMMY V. PAUL, *et al.* - 2

1        10.    "Contraband cigarettes," as defined by law, means a quantity of cigarettes

2 in excess of 60,000, which bear no evidence of the payment of applicable State cigarette

3 taxes in the State where such cigarettes are found, if such State requires a stamp,

4 impression, or other indication to be placed on packages or other containers of cigarettes

5 to evidence payment of cigarettes taxes, and which are in the possession of any person

6 other than one specifically exempted by law. Title 18, United States Code,

7 Section 2341(2).

8        11.    Generally, there are twenty cigarettes in one package, or pack, of cigarettes.

9 There are ten (10) packs per carton, and between 50 and 60 cartons per case of cigarettes.

10 Therefore, one case of cigarette typically contains 10,000 to 12,000 individual cigarettes.

11        12    During the period January 1, 2001, through December 31, 2001, the State of

12 Washington imposed a cigarette tax of $0.825 on every pack of cigarettes sold to non-

13 tribal members. From January 1, 2002, through June 8, 2004, the State of Washington

14 imposed a cigarette tax of $1.425 on every pack of cigarettes sold to non-tribal members.

15        13    NISE cigarettes were manufactured in China, and ICE cigarettes were

16 manufactured in Paraguay.

17        14    During the first part of 2001, Asia Pacific Trading Group was a company

18 doing business in Honolulu, Hawaii, which facilitated the importation of NISE cigarettes

19 into the United States. From approximately the middle part of 2001 through the end of

20 2003, MAK Ventures, doing business in Honolulu, Hawaii, facilitated the importation of

21 NISE cigarettes into the United States. In approximately the beginning of 2004, and

22 continuing through June 8, 2004, NISE International LC, doing business in Honolulu,

23 Hawaii, facilitated the importation of NISE cigarettes into the United States.

24        15.    A Foreign Trade Zone is a restrictive access site, in or adjacent to a port of

25 entry, used to expedite and encourage foreign commerce and for other purposes. Goods

26 and merchandise in a Foreign Trade Zone are not considered to be in the commerce of the

27 United States. Goods and merchandise are deemed to enter the commerce of the United

28 States after they leave the Foreign Trade Zone and are delivered into the United States.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## II.

<u>**COUNT 1**</u>
**(Conspiracy to Traffic in Contraband Cigarettes)**

1.    Part I of this Indictment is realleged and incorporated herein by reference, as if fully set forth herein.

2.    Beginning at an exact time unknown, but within the last five years, and continuing thereafter until on or about June 8, 2004, in Snohomish and Pierce Counties, within the Western District of Washington, and elsewhere, the defendants, STORMMY V. PAUL, LYLE SHAWN CONWAY, LYLE WAYNE CONWAY, SILAS CROSS, GERALD GEORGE, ELIZABETH "VICKI" GORD, DAVID TURNIPSEED and JOSHUA TURNIPSEED, together with other persons known and unknown to the Grand Jury, did willfully and knowingly conspire, combine, confederate and agree among themselves and each other to ship, transport, receive, possess, sell, distribute and purchase contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341, in violation of Title 18, United States Code, Section 2342(a).

<u>OBJECT OF THE CONSPIRACY</u>

3.    It was the object of the conspiracy to generate income by importing, and otherwise procuring and receiving, contraband cigarettes, and then selling the contraband cigarettes, through retail tobacco establishments ("smoke shops"), to non-tribal consumers in the Western District of Washington, all without paying the applicable State of Washington cigarette tax and without affixing the applicable State of Washington cigarette stamp upon each pack of cigarettes sold.

<u>MANNER AND MEANS OF THE CONSPIRACY</u>

4.    It was a part of the conspiracy that defendant, STORMMY V. PAUL, unlawfully imported approximately 18,000 cases of NISE cigarettes, manufactured in China, by ordering the cigarettes through a distributor in Hawaii, and thereafter causing the removal of the cigarettes from a Foreign Trade Zone in Honolulu, Hawaii, and

INDICTMENT/STORMMY V. PAUL, *et al.* - 4

1 subsequent entry into the commerce of the United States.

2      5.    It was a part of the conspiracy that STORMMY V. PAUL caused the
3 importation of cigarettes into Portland, Oregon, through the Foreign Trade Zone in
4 Honolulu, Hawaii, by means of air transportation. STORMMY V. PAUL caused the air
5 waybills to reflect the final destination of the cigarette shipments to a place within the
6 State of Idaho; whereas, STORMMY V. PAUL caused the cigarettes to be transported
7 and delivered, instead, to several smoke shops in Pierce County and elsewhere in the State
8 of Washington. The number of cigarettes transported into Washington exceeded 60,000
9 per shipment and did not bear any evidence of the payment of applicable Washington
10 cigarette taxes, as required by law. Further, from March 2002, through June 8, 2004,
11 STORMMY V. PAUL was not a licensed cigarette wholesaler in the State of Washington
12 and, as such, he could not lawfully possess untaxed cigarettes of any kind in Washington.

13      6.    It was a part of the conspiracy that, in addition to unlawfully importing and
14 selling cigarettes, STORMMY V. PAUL also purchased cigarettes from various
15 distributors throughout the United States and sold the contraband cigarettes in the State of
16 Washington, contrary to law.

17      7.    It was a part of the conspiracy that STORMMY V. PAUL used family
18 members, friends and associates to transport the contraband cigarettes into the State of
19 Washington in vehicles that were not registered in his name, to avoid the attention of law
20 enforcement authorities.

21      8.    It was a part of the conspiracy that STORMMY V. PAUL often stored in
22 excess of 60,000 contraband cigarettes at any one time on his property in Marysville,
23 Washington, and elsewhere, and in storage spaces rented in the names of nominees, to
24 avoid inspection and seizure by law enforcement authorities.

25      9.    It was a part of the conspiracy that STORMMY V. PAUL sold at least
26 2,400,000 packs of contraband cigarettes (approximately 48,000,000 cigarettes) over the
27 course of approximately 600 separate transactions, to the retail tobacco establishments
28 owned and operated by LYLE SHAWN CONWAY, LYLE WAYNE CONWAY,

INDICTMENT/STORMMY V. PAUL, et al. - 5

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  SILAS CROSS, GERALD GEORGE, ELIZABETH "VICKI" GORD, DAVID

2  TURNIPSEED and JOSHUA TURNIPSEED, and others known and unknown. These

3  retail tobacco establishments, in turn, sold the contraband cigarettes to the non-tribal

4  public at large. None of the defendants paid the applicable State of Washington taxes for

5  cigarettes that were sold to the non-tribal public. Similarly, none of the defendants affixed

6  to the cigarettes the applicable State of Washington cigarette tax stamps. By not affixing

7  the stamps and by not paying the applicable cigarette taxes, the defendants, collectively,

8  avoided paying approximately $3,300,000 in taxes on the sale of the contraband cigarettes,

9  resulting in substantial profits which they kept for themselves.

10      10.    It was a part of the conspiracy that the defendants, STORMMY V. PAUL,

11  LYLE SHAWN CONWAY, LYLE WAYNE CONWAY, SILAS CROSS,

12  GERALD GEORGE, ELIZABETH "VICKI" GORD, DAVID TURNIPSEED and

13  JOSHUA TURNIPSEED, and others known and unknown, issued, received, deposited,

14  and otherwise engaged in more than 900 separate financial transactions involving

15  monetary instruments in the form of checks and United States currency, totaling

16  approximately $7,400,000, which represented the proceeds from the sale of contraband

17  cigarettes to the non-tribal public, which said transactions affected interstate and foreign

18  commerce and promoted the carrying on of the unlawful operation relating to the sale of

19  contraband cigarettes.

20      11.    It was a part of the conspiracy that STORMMY V. PAUL frequently

21  structured currency deposits into various bank accounts in the United States in such a

22  manner as to avoid currency transaction reporting requirements in violation of federal law.

23  On at least one occasion, STORMMY V. PAUL hired a courier to transport across the

24  United States several hundred thousand dollars in bulk United States currency, which was

25  destined for transport to Paraguay, in such a manner as to conceal and disguise the nature,

26  location, source, ownership and control of the funds.

27

28

INDICTMENT/STORMMY V. PAUL, *et al.* - 6

## OVERT ACTS

12.    In furtherance of the conspiracy, and to promote the object thereof, the defendants, STORMMY V. PAUL, LYLE SHAWN CONWAY, LYLE WAYNE CONWAY, SILAS CROSS, GERALD GEORGE, ELIZABETH "VICKI" GORD, DAVID TURNIPSEED and JOSHUA TURNIPSEED, and other persons known and unknown to the Grand Jury, committed and caused to be commited, among others, the overt acts described in Counts 2 through 18 of this Indictment, and the following:

13.    On or about January 5, 2001, at Seattle, STORMMY V. PAUL imported and brought into the United States approximately 1,461 pounds of NISE cigarettes (approximately 2,350 cartons) through Asia Pacific Trading Group, via Hawaiian Airlines, and represented the consignee to be NDN ENTERPRISES for shipment to Lapwai, Idaho.

14.    On or about March 20, 2001, at Seattle, STORMMY V. PAUL imported and brought into the United States approximately 1,455 pounds of NISE cigarettes (approximately 2,350 cartons) through Asia Pacific Trading Group, via Hawaiian Airlines, and represented the consignee to be NDN ENTERPRISES for shipment to Lapwai, Idaho.

15.    On or about May 30, 2001, at Seattle, STORMMY V. PAUL imported and brought into the United States approximately 1,485 pounds of NISE cigarettes (approximately 2,350 cartons) through MAK Ventures, via Hawaiian Airlines, and represented the consignee to be NDN ENTERPRISES for shipment to Lapwai, Idaho.

16.    On or about June 18, 2001, at Fife, STORMMY V. PAUL sold to LYLE WAYNE CONWAY approximately 1,050 cartons of various brands of contraband cigarettes for $8,562.50.

17.    On or about June 20, 2001, at Fife, STORMMY V. PAUL sold SILAS CROSS seven (7) cases of various brands of contraband cigarettes (approximately 350 cartons) for $3,005.

18.    On or about July 2, 2001, at Tacoma, STORMMY V. PAUL sold LYLE SHAWN CONWAY approximately 800 cartons of various brands of contraband cigarettes for $6,750.

INDICTMENT/STORMMY V. PAUL, et al. - 7

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1      19.    On or about July 13, 2001, at Fife, STORMMY V. PAUL sold

2  DAVID TURNIPSEED approximately 1,000 cartons of NISE cigarettes for $7,750.00.

3      20.    On or about July 14, 2001, at Seattle, STORMMY V. PAUL imported and

4  brought into the United States approximately 1,750 pounds of NISE cigarettes

5  (approximately 2,800 cartons) through MAK Ventures, via Hawaiian Airlines, and

6  represented the consignee to be NDN ENTERPRISES for shipment to Lapwai, Idaho.

7      21.    On or about September 1, 2001, at Seattle, STORMMY V. PAUL imported

8  and brought into the United States approximately 1,471 pounds of NISE cigarettes

9  (approximately 2,350 cartons) through MAK Ventures, via Hawaiian Airlines, and

10  represented the consignee to be NDN ENTERPRISES for shipment to Lapwai, Idaho.

11      22.    On or about September 17, 2001, at Tacoma, STORMMY V. PAUL sold

12  LYLE SHAWN CONWAY approximately 400 cartons of NISE cigarettes for $3,100.

13      23.    On or about September 20, 2001, at Fife, STORMMY V. PAUL sold

14  SILAS CROSS sixteen (16) cases of various brands of contraband cigarettes

15  (approximately 800 cartons) for $7,170.

16      24.    On or about November 21, 2001, at Seattle, STORMMY V. PAUL imported

17  and brought into the United States approximately 2,877 pounds of NISE cigarettes

18  (approximately 4,600 cartons) through MAK Ventures, via Hawaiian Airlines, and

19  represented the consignee to be NDN ENTERPRISES for shipment to Lapwai, Idaho.

20      25.    On or about November 26, 2001, at Fife, STORMMY V. PAUL sold

21  LYLE WAYNE CONWAY approximately 1,000 cartons of various brands of contraband

22  cigarettes for $8,612.50.

23      26.    On or about January 3, 2002, at Fife, STORMMY V. PAUL sold

24  LYLE WAYNE CONWAY approximately 850 cartons of various brands of contraband

25  cigarettes for $7,825.

26      27.    On or about January 11, 2002, at Seattle, STORMMY V. PAUL imported

27  and brought into the United States approximately 2,953 pounds of NISE cigarettes

28  (approximately 4,750 cartons) through MAK Ventures, via Hawaiian Airlines, and

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   represented the consignee to be NDN ENTERPRISES for shipment to Lapwai, Idaho.

2        28.    On or about March 1, 2002, at Seattle, STORMMY V. PAUL imported and

3   brought into the United States approximately 2,952 pounds of NISE cigarettes

4   (approximately 4,750 cartons) through MAK Ventures, via Hawaiian Airlines, and

5   represented the consignee to be NDN ENTERPRISES for shipment to Lapwai, Idaho.

6        29.    On or about May 3, 2002, at Portland, Oregon, STORMMY V. PAUL

7   imported and brought into the United States approximately 5,904 pounds of NISE

8   cigarettes (approximately 9,500 cartons) through MAK Ventures, via Hawaiian Airlines,

9   and represented the consignee to be NAFCO INC. for shipment to Worley, Idaho.

10       30.    On or about May 14, 2002, at Fife, STORMMY V. PAUL sold

11   LYLE WAYNE CONWAY approximately 550 cartons of various brands of contraband

12   cigarettes for $5,087.50.

13       31.    On or about May 15, 2002, at Fife, STORMMY V. PAUL sold

14   SILAS CROSS sixteen (16) cases of various brands of contraband cigarettes

15   (approximately 800 cartons) for $7,825.

16       32.    On or about July 5, 2002, at Portland, Oregon, STORMMY V. PAUL

17   imported and brought into the United States approximately 176 cases of NISE cigarettes

18   (approximately 8,800 cartons) through MAK Ventures, via Hawaiian Airlines, and

19   represented the consignee to be NAFCO INC. for shipment to Worley, Idaho.

20       33.    On or about July 12, 2002, at Fife, STORMMY V. PAUL sold

21   SILAS CROSS twenty (20) cases of various brands of contraband cigarettes

22   (approximately 1,000 cartons) for $17,065.

23       34.    On or about August 29, 2002, at Puyallup, STORMMY V. PAUL sold

24   DAVID TURNIPSEED approximately 1,200 cartons of various brands of contraband

25   cigarettes for $11,100.

26

27

28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1      35.    On or about September 5, 2002, at Portland, Oregon, STORMMY V. PAUL

2 imported and brought into the United States 128 cases of NISE cigarettes (6,400 cartons)

3 through MAK Ventures, via Hawaiian Airlines, and represented the consignee to be

4 NAFCO INC. for shipment to Worley, Idaho.

5      36.    On or about November 22, 2002, at Portland, Oregon,

6 STORMMY V. PAUL imported and brought into the United States 128 cases of NISE

7 cigarettes (6,400 cartons) through MAK Ventures, via Hawaiian Airlines, and represented

8 the consignee to be NAFCO INC. for shipment to Worley, Idaho.

9      37.    On or about January 6, 2003, STORMMY V. PAUL caused a load of

10 contraband cigarettes to be transported from the Portland International Airport in Portland,

11 Oregon, to his residence in Marysville, Washington.

12      38.    On or about January 29, 2003, at Portland, Oregon, STORMMY V. PAUL

13 imported and brought into the United States approximately 4,186 pounds of NISE

14 cigarettes (approximately 6,750 cartons) through MAK Ventures, via Hawaiian Airlines,

15 and represented the consignee to be NAFCO INC. for shipment to Worley, Idaho.

16      39.    On or about January 29, 2003, at Tacoma, STORMMY V. PAUL sold

17 GERALD GEORGE twenty-two (22) cases of various brands of contraband cigarettes

18 (approximately 1,100 cartons) for $10,175.

19      40.    On or about January 30, 2003, at Fife, Washington, STORMMY V. PAUL

20 sold DAVID TURNIPSEED approximately 1,380 cartons of various brands of contraband

21 cigarettes for $12,307.50.

22      41.    On or about February 26, 2003, at Tacoma, STORMMY V. PAUL sold

23 GERALD GEORGE 31 cases of various brands of contraband cigarettes (approximately

24 1,550 cartons) for $14,337.50.

25      42.    On or about February 28, 2003, at Puyallup, STORMMY V. PAUL sold

26 DAVID TURNIPSEED approximately 1,050 cartons of various brands of contraband

27 cigarettes for $9,897.50.

28

INDICTMENT/STORMMY V. PAUL, et al. - 10

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    43.    On or about March 1, 2003, STORMMY V. PAUL caused a load of
2 contraband cigarettes to be transported from the Portland International Airport in Portland,
3 Oregon, to his residence in Marysville, Washington.

4    44.    On or about March 5, 2003, at Portland, Oregon, STORMMY V. PAUL
5 imported and brought into the United States approximately 8,128 pounds of NISE
6 cigarettes (approximately 13,100 cartons) through MAK Ventures, via Hawaiian Airlines,
7 and represented the consignee to be NAFCO INC. for shipment to Worley, Idaho.

8    45.    On or about May 21, 2003, at Portland, Oregon, STORMMY V. PAUL
9 imported and brought into the United States approximately 4,974 pounds of NISE
10 cigarettes (approximately 8,000 cartons) through MAK Ventures, via Hawaiian Airlines,
11 and represented the consignee to be NAFCO INC. for shipment to Worley, Idaho.

12    46.    On or about June 12, 2003, at Fife, Washington, STORMMY V. PAUL sold
13 LYLE WAYNE CONWAY approximately 385 cartons of various brands of contraband
14 cigarettes for $3,681.25.

15    47.    On or about July 1, 2003, at Tacoma, STORMMY V. PAUL sold
16 LYLE SHAWN CONWAY approximately 675 cartons of various brands of contraband
17 cigarettes for $6,543.75.

18    48.    On or about July 11, 2003, STORMMY V. PAUL caused the transportation
19 of $501,270 in United States currency from Marysville, Washington, and attempted to
20 transfer the currency to a place outside the United States, that is, Paraguay.

21    49.    On or about July 24, 2003, at Portland, Oregon, STORMMY V. PAUL
22 imported and brought into the United States approximately 8,128 pounds of NISE
23 cigarettes (approximately 13,100 cartons) through MAK Ventures, via Hawaiian Airlines,
24 and represented the consignee to be NAFCO INC. for shipment to Worley, Idaho.

25    50.    On or about September 17, 2003, at Portland, Oregon,
26 STORMMY V. PAUL imported and brought into the United States approximately 4,662
27 pounds of NISE cigarettes (approximately 7,200 cartons) through MAK Ventures, via
28 Hawaiian Airlines, and represented the consignee to be MGN ENTERPRISES for

INDICTMENT/STORMMY V. PAUL, et al.  - 11

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  shipment to Winchester, Idaho.

2      51.    On or about October 3, 2003, at Tacoma, STORMMY V. PAUL sold
3  JOSHUA TURNIPSEED 52 cases of various brands of contraband cigarettes
4  (approximately 2,600 cartons) for $20,280.

5      52.    On or about October 17, 2003, at Tacoma, STORMMY V. PAUL sold
6  LYLE SHAWN CONWAY approximately 770 cartons of various brands of contraband
7  cigarettes for $5,555.

8      53.    On or about November 5, 2003, at Portland, Oregon, STORMMY V. PAUL
9  imported and brought into the United States approximately 4,662 pounds of NISE
10  cigarettes (approximately 7,200 cartons) through MAK Ventures, via Hawaiian Airlines,
11  and represented the consignee to be MGN ENTERPRISES for shipment to Winchester,
12  Idaho.

13     54.    On or about November 7, 2003, at Fife, STORMMY V. PAUL sold
14  LYLE WAYNE CONWAY approximately 600 cartons of various brands of contraband
15  cigarettes for $5,550.

16     55.    On or about January 13, 2004, at Tacoma, STORMMY V. PAUL sold
17  LYLE SHAWN CONWAY approximately 1,156 cartons of various brands of contraband
18  cigarettes for $9,077.50.

19     56.    On or about January 15, 2004, at Portland, Oregon, STORMMY V. PAUL
20  imported and brought into the United States approximately 4,662 pounds of NISE
21  cigarettes (approximately 7,200 cartons) through NISE International LC, via Hawaiian
22  Airlines, and represented the consignee to be MGN ENTERPRISES for shipment to
23  Winchester, Idaho.

24     57.    On or about January 23, 2004, at Fife, STORMMY V. PAUL sold
25  SILAS CROSS ten (10) cases of various brands of contraband cigarettes (approximately
26  500 cartons) for $4,337.50.

27
28

INDICTMENT/STORMMY V. PAUL, et al. - 12

1      58.    On or about January 23, 2004, at Puyallup, STORMMY V. PAUL sold

2 DAVID TURNIPSEED approximately 1,450 cartons of various brands of contraband

3 cigarettes for $13,300.

4      59.    On or about January 26, 2004, at Tacoma, STORMMY V. PAUL sold

5 JOSHUA TURNIPSEED fifty-five (55) cases of various brands of contraband cigarettes

6 (approximately 2,750 cartons) for $26,305.

7      60.    On or about March 2, 2004, at Tacoma, STORMMY V. PAUL sold

8 JOSHUA TURNIPSEED sixty-six (66) cases of various brands of contraband cigarettes

9 (approximately 3,300 cartons) for $26,877.

10     61.    On or about March 24, 2004, at Portland, Oregon, STORMMY V. PAUL

11 imported and brought into the United States approximately 4,662 pounds of NISE

12 cigarettes (approximately 7,200 cartons) through NISE International LC, via Hawaiian

13 Airlines, and represented the consignee to be MGN ENTERPRISES for shipment to

14 Winchester, Idaho.

15     62.    On or about May 11, 2004, at Tacoma, STORMMY V. PAUL sold

16 LYLE SHAWN CONWAY approximately 400 cartons of NISE cigarettes for $3,700.

17     63.    On or about May 24, 2004, at Portland, Oregon, STORMMY V. PAUL

18 imported and brought into the United States 144 cases of NISE cigarettes (7,200 cartons),

19 through NISE International LC, via Hawaiian Airlines, and represented the consignee to

20 be MGN ENTERPRISES for shipment to Winchester, Idaho.

21     64.    On or about May 25, 2004, at Fife, STORMMY V. PAUL sold

22 DAVID TURNIPSEED approximately 1,800 cartons of various brands of contraband

23 cigarettes for $15,650.

24     65.    On or about May 27, 2004, at Fife, STORMMY V. PAUL sold

25 LYLE WAYNE CONWAY approximately 2,160 cartons of various brands of contraband

26 cigarettes for $16,080.

27

28

INDICTMENT/STORMMY V. PAUL, *et al.* - 13

66.     On or about June 4, 2004, at Fife, STORMMY V. PAUL sold SILAS CROSS sixteen (16) cases of various brands of contraband cigarettes (approximately 800 cartons) for $7,037.50.

All in violation of Title 18, United States Code, Sections 2342(a) and 371.

III.

## COUNT 2
### (Smuggling Contraband Cigarettes Into the United States)

On or about December 11, 2002, within the Western District of Washington, and elsewhere, the defendant, STORMMY V. PAUL, fraudulently and knowingly did import and bring into the United States certain merchandise, that is, approximately 128 cases of NISE cigarettes (approximately 1,280,000 cigarettes), contrary to law, in that he represented, and caused the representation, that said merchandise would be transported and sold in the State of Idaho; whereas, he caused the transportation and delivery of the merchandise into the State of Washington, a place where the defendant was not a licensed cigarette wholesaler and the merchandise was contraband in that it did not bear any evidence of the payment of applicable Washington cigarette taxes, as required by law.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code, Section 545.

## COUNT 3
### (Smuggling Contraband Cigarettes Into the United States)

On or about January 16, 2003, within the Western District of Washington, and elsewhere, the defendant, STORMMY V. PAUL, fraudulently and knowingly did import and bring into the United States certain merchandise, that is, approximately 128 cases of NISE cigarettes (approximately 1,280,000 cigarettes), contrary to law, in that he represented, and caused the representation, that said merchandise would be transported

INDICTMENT/STORMMY V. PAUL, et al. - 14

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

and sold in the State of Idaho; whereas, the defendant caused the transportation and delivery of the merchandise into the State of Washington, a place where he was not a licensed cigarette wholesaler and the merchandise was contraband in that it did not bear any evidence of the payment of applicable Washington cigarette taxes, as required by law.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code, Section 545.

## COUNT 4
**(Smuggling Contraband Cigarettes Into the United States)**

On or about June 4, 2003, within the Western District of Washington, and elsewhere, the defendant, STORMMY V. PAUL, fraudulently and knowingly did import and bring into the United States certain merchandise, that is, approximately 128 cases of NISE cigarettes (approximately 1,280,000 cigarettes), contrary to law, in that he represented, and caused the representation, that said merchandise would be transported and sold in the State of Idaho; whereas, the defendant caused the transportation and delivery of the merchandise into the State of Washington, a place where he was not a licensed cigarette wholesaler and the merchandise was contraband in that it did not bear any evidence of the payment of applicable Washington cigarette taxes, as required by law.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code, Section 545.

## COUNT 5
**(Smuggling Contraband Cigarettes Into the United States)**

On or about November 28, 2003, within the Western District of Washington, and elsewhere, the defendant, STORMMY V. PAUL, fraudulently and knowingly did import and bring into the United States certain merchandise, that is, approximately

INDICTMENT/STORMMY V. PAUL, *et al.* - 15

1 144 cases of NISE cigarettes (approximately 1,440,000 cigarettes), contrary to law, in that
2 he represented, and caused the representation, that said merchandise would be transported
3 and sold in the State of Idaho; whereas, the defendant caused the transportation and
4 delivery of the merchandise into the State of Washington, a place where he was not a
5 licensed cigarette wholesaler and the merchandise was contraband in that it did not bear
6 any evidence of the payment of applicable Washington cigarette taxes, as required by law.

7 The Grand Jury further alleges that this offense was committed during and
8 in furtherance of the conspiracy charged in Count 1, above.

9 All in violation of Title 18, United States Code, Section 545.

10

11 **COUNT 6**
**(Smuggling Contraband Cigarettes Into the United States)**

12

13 On or about January 5, 2004, within the Western District of Washington, and
14 elsewhere, the defendant, STORMMY V. PAUL, fraudulently and knowingly did import
15 and bring into the United States certain merchandise, that is, approximately 144 cases of
16 NISE cigarettes (approximately 1,440,000 cigarettes), contrary to law, in that he
17 represented, and caused the representation, that said merchandise would be transported
18 and sold in the State of Idaho; whereas, the defendant caused the transportation and
19 delivery of the merchandise into the State of Washington, a place where he was not a
20 licensed cigarette wholesaler and the merchandise was contraband in that it did not bear
21 any evidence of the payment of applicable Washington cigarette taxes, as required by law.

22 The Grand Jury further alleges that this offense was committed during and
23 in furtherance of the conspiracy charged in Count 1, above.

24 All in violation of Title 18, United States Code, Section 545.

25

26

27

28

INDICTMENT/STORMMY V. PAUL, *et al.* - 16

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## COUNT 7
### (Smuggling Contraband Cigarettes Into the United States)

On or about March 31, 2004, within the Western District of Washington, and elsewhere, the defendant, STORMMY V. PAUL, fraudulently and knowingly did import and bring into the United States certain merchandise, that is, approximately 144 cases of NISE cigarettes (approximately 1,440,000 cigarettes), contrary to law, in that he represented, and caused the representation, that said merchandise would be transported and sold in the State of Idaho; whereas, the defendant caused the transportation and delivery of the merchandise into the State of Washington, a place where he was not a licensed cigarette wholesaler and the merchandise was contraband in that it did not bear any evidence of the payment of applicable Washington cigarette taxes, as required by law.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code, Section 545.

## COUNT 8
### (Smuggling Contraband Cigarettes Into the United States)

On or about April 14, 2004, within the Western District of Washington, and elsewhere, the defendant, STORMMY V. PAUL, fraudulently and knowingly did import and bring into the United States certain merchandise, that is, approximately 144 cases of NISE cigarettes (approximately 1,440,000 cigarettes), contrary to law, in that he represented, and caused the representation, that said merchandise would be transported and sold in the State of Idaho; whereas, the defendant caused the transportation and delivery of the merchandise into the State of Washington, a place where he was not a licensed cigarette wholesaler and the merchandise was contraband in that it did not bear any evidence of the payment of applicable Washington cigarette taxes, as required by law.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code. Section 545.

INDICTMENT/STORMMY V. PAUL, *et al.* - 17

IV.

## COUNT 9
### (Trafficking in Contraband Cigarettes)

On or about October 29, 2001, in Pierce County, within the Western District of Washington, the defendants, STORMMY V. PAUL and LYLE WAYNE CONWAY, did knowingly and unlawfully transport, receive, possess, sell, distribute and purchase, and did aid and abet the commission of such acts in connection with, contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341, to wit: a quantity of approximately 216,000 cigarettes, which did not bear any evidence of the payment of applicable Washington cigarette taxes, as required by law.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code, Sections 2342(a) and 2.


## COUNT 10
### (Trafficking in Contraband Cigarettes)

On or about October 30, 2002, in Pierce County, within the Western District of Washington, the defendants, STORMMY V. PAUL and SILAS CROSS, did knowingly and unlawfully transport, receive, possess, sell, distribute and purchase, and did aid and abet the commission of such acts in connection with, contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341, to wit: a quantity of approximately 140,000 cigarettes, which did not bear any evidence of the payment of applicable Washington cigarette taxes, as required by law.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code, Sections 2342(a) and 2.

INDICTMENT/STORMMY V. PAUL, et al. - 18

## COUNT 11
### (Trafficking in Contraband Cigarettes)

On or about February 11, 2003, in Pierce County, within the Western District of Washington, the defendants, STORMMY V. PAUL and GERALD GEORGE, did knowingly and unlawfully transport, receive, possess, sell, distribute and purchase, and did aid and abet the commission of such acts in connection with, contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341, to wit: a quantity of approximately 270,000 cigarettes, which did not bear any evidence of the payment of applicable Washington cigarette taxes, as required by law.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code, Sections 2342(a) and 2.


## COUNT 12
### (Trafficking in Contraband Cigarettes)

On or about February 28, 2004, in Pierce County, within the Western District of Washington, the defendants, STORMMY V. PAUL and JOSHUA TURNIPSEED, did knowingly and unlawfully transport, receive, possess, sell, distribute and purchase, and did aid and abet the commission of such acts in connection with, contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341, to wit: a quantity of approximately 550,000 cigarettes, which did not bear any evidence of the payment of applicable Washington cigarette taxes, as required by law.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code, Sections 2342(a) and 2.

INDICTMENT/STORMMY V. PAUL, et al. - 19

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## COUNT 13
### (Trafficking in Contraband Cigarettes)

On or about May 28, 2004, in Pierce County, within the Western District of Washington, the defendants, STORMMY V. PAUL and LYLE SHAWN CONWAY, did knowingly and unlawfully transport, receive, possess, sell, distribute and purchase, and did aid and abet the commission of such acts in connection with, contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341, to wit: a quantity of approximately 224,000 cigarettes, which did not bear any evidence of the payment of applicable Washington cigarette taxes, as required by law.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code, Sections 2342(a) and 2.

## COUNT 14
### (Trafficking in Contraband Cigarettes)

On or about June 7, 2004, in Pierce County, within the Western District of Washington, the defendants, STORMMY V. PAUL and DAVID TURNIPSEED, did knowingly and unlawfully transport, receive, possess, sell, distribute and purchase, and did aid and abet the commission of such acts in connection with, contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341, to wit: a quantity of approximately 290,000 cigarettes, which did not bear any evidence of the payment of applicable Washington cigarette taxes, as required by law.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code, Sections 2342(a) and 2.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## COUNT 15
### (Trafficking in Contraband Cigarettes)

On or about June 8, 2004, in Pierce County, within the Western District of Washington, the defendant, ELIZABETH "VICKI" GORD, did knowingly and unlawfully receive and possess, at the THUNDERBIRD STORE, contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341, to wit: a quantity of approximately 2,944,720 cigarettes, which did not bear any evidence of the payment of applicable Washington cigarette taxes, as required by law.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code, Section 2342(a).


## COUNT 16
### (Trafficking in Contraband Cigarettes)

On or about June 8, 2004, in Pierce County, within the Western District of Washington, the defendant, ELIZABETH "VICKI" GORD, did knowingly and unlawfully receive and possess, at KI-YA'S TRADING POST, contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341, to wit: a quantity of approximately 598,740 cigarettes, which did not bear any evidence of the payment of applicable Washington cigarette taxes, as required by law.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code, Section 2342(a).


## COUNT 17
### (Trafficking in Contraband Cigarettes)

On or about June 8, 2004, at Marysville, within the Western District of Washington, the defendant, STORMMY V. PAUL, did knowingly and unlawfully receive

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  and possess contraband cigarettes, as that term is defined in Title 18, United States Code,
2  Section 2341, to wit: a quantity of approximately 4,231,600 cigarettes, which did not bear
3  any evidence of the payment of applicable Washington cigarette taxes, as required by law.
4          The Grand Jury further alleges that this offense was committed during and
5  in furtherance of the conspiracy charged in Count 1, above.
6          All in violation of Title 18, United States Code, Section 2342(a).
7
8                                    **COUNT 18**
                        **(Trafficking in Contraband Cigarettes)**
9
10         On or about June 8, 2004, at Puyallup, within the Western District of
11 Washington, the defendant, STORMMY V. PAUL, did knowingly and unlawfully receive
12 and possess contraband cigarettes, as that term is defined in Title 18, United States Code,
13 Section 2341, to wit: a quantity of approximately 2,416,600 cigarettes, which did not bear
14 any evidence of the payment of applicable Washington cigarette taxes, as required by law.
15         The Grand Jury further alleges that this offense was committed during and
16 in furtherance of the conspiracy charged in Count 1, above.
17         All in violation of Title 18, United States Code, Section 2342(a).
18                                        **V.**
19                                    **COUNT 19**
                        **(Conspiracy to Launder Monetary Instruments)**
20
21      1.    Part I of this Indictment is realleged and incorporated herein by reference, as
22 if fully set forth herein.
23      2.    Beginning at an exact time unknown, but within the last five years, and
24 continuing thereafter until on or about June 8, 2004, in Snohomish and Pierce Counties,
25 within the Western District of Washington, and elsewhere, the defendants,
26 STORMMY V. PAUL, LYLE SHAWN CONWAY, LYLE WAYNE CONWAY,
27 SILAS CROSS, GERALD GEORGE, ELIZABETH "VICKI" GORD,
28 DAVID TURNIPSEED and JOSHUA TURNIPSEED, together with other persons known

INDICTMENT/STORMMY V. PAUL, *et al.* - 22

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

and unknown to the Grand Jury, did knowingly and willfully conspire, combine, confederate and agree among themselves and each each other, to conduct and attempt to conduct financial transactions, affecting interstate and foreign commerce, which involved the proceeds of specified unlawful activity, that is trafficking in contraband cigarettes, with the intent to promote the carrying on of specified unlawful activity, that is trafficking in contraband cigarettes, and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transactions, that is funds and monetary instruments, represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

## OBJECT OF THE CONSPIRACY

3.     It was the object of the conspiracy to conduct and attempt to conduct financial transactions, which involved the proceeds of specified unlawful activity, that is trafficking in contraband cigarettes, with the intent to promote the carrying on of such specified unlawful activity, that is trafficking in contraband cigarettes.

## MANNER AND MEANS OF THE CONSPIRACY

4.     Paragraphs 4 through 11 of Part II of this Indictment are realleged and incorporated herein by reference as if fully set forth herein.

## OVERT ACTS

5.     In furtherance of the conspiracy, and to promote the object thereof, the defendants, STORMMY V. PAUL, LYLE SHAWN CONWAY, LYLE WAYNE CONWAY, SILAS CROSS, GERALD GEORGE, ELIZABETH "VICKI" GORD, DAVID TURNIPSEED and JOSHUA TURNIPSEED, and other persons known and unknown to the Grand Jury, committed and caused to be committed, among others, the overt acts described in Counts 20 through 44 of this Indictment, and the following:

6.     On or about January 5, 2001, DAVID TURNIPSEED caused the issuance of check number 5319 in the amount of $40,307.50, drawn on a Columbia State Bank account in the name of BJ'S II, INC., payable to NDN ENTERPRISES for cigarettes.

INDICTMENT/STORMMY V. PAUL, et al. - 23

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    7.    On or about February 20, 2001, LYLE SHAWN CONWAY caused the
2  issuance of check number 1620 in the amount of $4,225, drawn on a Fife Commercial
3  Bank acount in the name of LYLE'S II, payable to NDN ENTERPRISES for cigarettes.

4    8.    On or about February 7, 2001, STORMMY V. PAUL authorized a wire
5  transfer in the amount of $15,580, from a U.S. Bank account in the name of NDN
6  ENTERPRISES, to Asia Pacific Trading Group for NISE cigarettes.

7    9.    On or about March 30, 2001, SILAS CROSS caused the issuance of Official
8  Check number 5025584520 in the amount of $11,274.50, drawn on a Puyallup Valley
9  Bank account in the name of CROSS'S SMOKE SHOP, payable to NDN ENTERPRISES
10  for cigarettes.

11    10.    On or about April 4, 2001, LYLE WAYNE CONWAY caused the issuance
12  of check number 10478 in the amount of $10,617.50, drawn on a Fife Commercial Bank
13  account in the name of LYLE'S SMOKE SHOP-General Account, payable to NDN
14  ENTERPRISES for cigarettes.

15    11    On or about May 3, 2001, GERALD GEORGE caused the issuance of check
16  number 3705 in the amount of $5,825, drawn on a Columbia State Bank account in the
17  name of JERRY'S SMOKE SHOP, payable to NDN ENTERPRISES for cigarettes.

18    12.    On or about July 26, 2001, LYLE WAYNE CONWAY caused the issuance
19  of check number 10878 in the amount of $14,580, drawn on a Fife Commercial Bank
20  account in the name of LYLE'S SMOKE SHOP-General Account, payable to NDN
21  ENTERPRISES for cigarettes.

22    13.    On or about September 7, 2001, LYLE SHAWN CONWAY caused the
23  issuance of check number 1915 in the amount of $12,675, drawn on a Fife Commercial
24  Bank acount in the name of LYLE'S II, payable to NDN ENTERPRISES for cigarettes.

25    14.    On or about September 13, 2001, GERALD GEORGE caused the issuance
26  of check number 4072 in the amount of $7,037, drawn on a Columbia State Bank account
27  in the name of JERRY'S SMOKE SHOP, payable to NDN ENTERPRISES for cigarettes.

28

INDICTMENT/STORMMY V. PAUL, et al. - 24

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1     15.    On or about November 8, 2001, STORMMY V. PAUL authorized a wire
2 transfer in the amount of $89,887.50, from a U.S. Bank account in the name of NDN
3 ENTERPRISES, to Carolina Tobacco Company for cigarettes.

4     16.    On or about November 13, 2001, SILAS CROSS caused the issuance of
5 Official Check number 55130914145 in the amount of $6,000, drawn on a Puyallup
6 Valley Bank account in the name of CROSS'S SMOKE SHOP, payable to NDN
7 ENTERPRISES for cigarettes.

8     17.    On or about December 14, 2001, DAVID TURNIPSEED caused the
9 issuance of check number 12769 in the amount of $14,385, drawn on a Columbia State
10 Bank account in the name of BJ'S II, INC., payable to NDN ENTERPRISES for
11 cigarettes.

12     18.    On or about January 17, 2002, LYLE WAYNE CONWAY caused the
13 issuance of check number 11337 in the amount of $11,855, drawn on a Fife Commercial
14 Bank account in the name of LYLE'S SMOKE SHOP-General Account, payable to NDN
15 ENTERPRISES for cigarettes.

16     19.    On or about February 1, 2002, SILAS CROSS caused the issuance of check
17 number 13525 in the amount of $8,810, drawn on a Puyallup Valley Bank account in the
18 name of CROSS'S SMOKE SHOP & CRAFTS, payable to NDN ENTERPRISES for
19 cigarettes.

20     20.    On or about February 5, 2002, LYLE SHAWN CONWAY caused the
21 issuance of check number 2160 in the amount of $10,600, drawn on a Fife Commercial
22 Bank account in the name of LYLE'S II, payable to NDN ENTERPRISES for cigarettes.

23     21.    On or about February 19, 2002, GERALD GEORGE caused the issuance of
24 check number 4574 in the amount of $12,050, drawn on a Columbia State Bank account in
25 the name of JERRY'S SMOKE SHOP, payable to NDN ENTERPRISES for cigarettes.

26     22.    On or about February 22, 2002, DAVID TURNIPSEED caused the issuance
27 of check number 13180 in the amount of $18,500, drawn on a Columbia State Bank
28 account in the name of BJ'S II, INC., payable to NDN ENTERPRISES for cigarettes.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  23. On or about March 20, 2002, STORMMY V. PAUL authorized a wire
2  transfer in the amount of $63,340, from a U.S. Bank account in the name of NDN
3  ENTERPRISES, to MAK Ventures for NISE cigarettes.

4  24. On or about June 19, 2002, LYLE WAYNE CONWAY caused the issuance
5  of check number 11736 in the amount of $12,035, drawn on a Fife Commercial Bank
6  account in the name of LYLE'S SMOKE SHOP-General Account, payable to NDN
7  ENTERPRISES for cigarettes.

8  25. On or about July 5, 2002, GERALD GEORGE caused the issuance of check
9  number 5053 in the amount of $14,112.50, drawn on a Columbia State Bank account in
10 the name of JERRY'S SMOKE SHOP, payable to NDN ENTERPRISES for cigarettes.

11 26. On or about August 7, 2002, DAVID TURNIPSEED caused the issuance of
12 check number 14199 in the amount of $20,350, drawn on a Columbia State Bank account
13 in the name of BJ'S II, INC., payable to NDN ENTERPRISES for cigarettes.

14 27. On or about July 31, 2002, LYLE SHAWN CONWAY caused the issuance
15 of check number 2501 in the amount of $14,012, drawn on a Fife Commercial Bank
16 acount in the name of LYLE'S II, payable to NDN ENTERPRISES for cigarettes.

17 28. On or about August 30, 2002, SILAS CROSS caused the issuance of check
18 number 2166 in the amount of $7,607.50, drawn on a Puyallup Valley Bank account in the
19 name of CROSS'S SMOKE SHOP, payable to NDN ENTERPRISES for cigarettes.

20 29. On or about October 3, 2002, STORMMY V. PAUL authorized a wire
21 transfer in the amount of $134,400, from a U.S. Bank account in the name of NDN
22 ENTERPRISES, to MAK Ventures for NISE cigarettes.

23 30. On or about February 3, 2003, STORMMY V. PAUL authorized a wire
24 transfer in the amount of $88,900, from a U.S. Bank account in the name of NDN
25 ENTERPRISES, to MAK Ventures for NISE cigarettes.

26 31. On or about February 24, 2003, LYLE SHAWN CONWAY caused the
27 issuance of check number 2872 in the amount of $9,250, drawn on a Fife Commercial
28 Bank acount in the name of LYLE'S II, payable to NDN ENTERPRISES for cigarettes.

INDICTMENT/STORMMY V. PAUL, et al. - 26

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    32.    On or about March 21, 2003, LYLE WAYNE CONWAY caused the
2  issuance of check number 12368 in the amount of $6,012.50, drawn on a Fife Commercial
3  Bank account in the name of LYLE'S SMOKE SHOP-General Account, payable to NDN
4  ENTERPRISES for cigarettes.

5    33.    On or about March 27, 2003, DAVID TURNIPSEED caused the issuance of
6  check number 16599 in the amount of $19,255, drawn on a Columbia State Bank account
7  in the name of BJ'S II, INC., payable to NDN ENTERPRISES for cigarettes.

8    34.    On or about March 31, 2003, GERALD GEORGE caused the issuance of
9  check number 8244 in the amount of $16,650, drawn on a  Columbia State Bank account
10 in the name of JERRY'S SMOKE SHOP, payable to NDN ENTERPRISES for cigarettes.

11   35.    On or about April 22, 2003, LYLE WAYNE CONWAY caused the issuance
12 of check number 12477 in the amount of $14,350.50, drawn on a Fife Commercial Bank
13 account in the name of LYLE'S SMOKE SHOP-General Account, payable to NDN
14 ENTERPRISES for cigarettes.

15   36.    On or about April 14, 2003, LYLE SHAWN CONWAY caused the issuance
16 of check number 2947 in the amount of $18,470, drawn on a Fife Commercial Bank
17 acount in the name of LYLE'S II, payable to NDN ENTERPRISES for cigarettes.

18   37.    On or about July 25, 2003, ELIZABETH "VICKI" GORD caused the
19 issuance of check number 25400 in the amount of $26,362.50, drawn on a U.S. Bank
20 account in the name of THUNDERBIRD TRADING POST, INC., payable to NDN
21 ENTERPRISES for cigarettes.

22   38.    On or about July 11, 2003, STORMMY V. PAUL caused the transportation
23 of $501,270 in United States currency from Marysville, Washington, and attempted to
24 transfer the currency to a place outside the United States, that is, Paraguay.

25   39.    On or about October 2, 2003, SILAS CROSS caused the issuance of check
26 number 13622 in the amount of $4,162.50, drawn on a Puyallup Valley Bank account in
27 the name of CROSS'S SMOKE SHOP & CRAFTS, payable to
28 NDN ENTERPRISES for cigarettes.

INDICTMENT/STORMMY V. PAUL, et al. - 27

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1      40.    On or about October 7, 2003, ELIZABETH "VICKI" GORD caused the
2 issuance of check number 11781 in the amount of $7,400, drawn on an U.S. Bank account
3 in the name of KI-YA'S TRADING POST, INC., payable to NDN ENTERPRISES for
4 cigarettes.

5      41.    On or about October 17, 2003, DAVID TURNIPSEED caused the issuance
6 of check number 17857 in the amount of $19,737.50, drawn on a Columbia State Bank
7 account in the name of BJ'S ll, INC., payable to NDN ENTERPRISES for cigarettes.

8      42.    On or about November 4, 2003, GERALD GEORGE caused the issuance of
9 check number 7269 in the amount of $24,975, drawn on a Columbia State Bank account in
10 the name of JERRY'S SMOKE SHOP, payable to NDN ENTERPRISES for cigarettes.

11      43.    On or about December 12, 2003, SILAS CROSS caused the issuance of an
12 Official Check number 5037277715 in the amount of $6,937.30, drawn on a Puyallup
13 Valley Bank account in the name of CROSS'S SMOKE SHOP, payable to NDN
14 ENTERPRISES for cigarettes.

15      44.    On or about December 23, 2003, STORMMY V. PAUL authorized a wire
16 transfer in the amount of $50,400 from a U.S. Bank account in the name of NDN
17 ENTERPRISES, to NISE International LC for NISE cigarettes.

18      45.    On or about January 2, 2004, ELIZABETH "VICKI" GORD caused the
19 issuance of check number 26565 in the amount of $21,737.50, drawn on a U.S. Bank
20 account in the name of THUNDERBIRD TRADING POST, INC., payable to NDN
21 ENTERPRISES for cigarettes.

22      46.    On or about January 8, 2004, STORMMY V. PAUL authorized a wire
23 transfer in the amount of $50,400 from a U.S. Bank account in the name of NDN
24 ENTERPRISES, to NISE International LC for NISE cigarettes.

25      47.    On or about January 17, 2004, LYLE WAYNE CONWAY caused the
26 issuance of a monetary instrument in the amount of $8,650 from LYLE'S SMOKE SHOP,
27 payable to "Indian," also known as NDN ENTERPRISES, for cigarettes.

28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1       48.     On or about January 17, 2004, LYLE SHAWN CONWAY caused the
2  issuance of a monetary instrument in the amount of $9,137.50 from LYLE'S II SMOKE
3  SHOP, payable to "Indian," also known as NDN ENTERPRISES, for cigarettes.

4       49.     On or about February 4, 2004, SILAS CROSS caused the issuance of
5  Official Check number 5042862148 in the amount of $6,126, drawn on a Valley Bank
6  account in the name of CROSS'S SMOKE SHOP, payable to NDN ENTERPRISES for
7  cigarettes.

8       50.     On or about February 3, 2004, DAVID TURNIPSEED caused the issuance
9  of a monetary instrument in the amount of $15,362.50, from BJ'S II INC. to NDN
10  ENTERPRISES for cigarettes.

11      51.     On or about February 26, 2004, GERALD GEORGE caused the issuance of
12  check number 7718 in the amount of $23,528, drawn on a Columbia Bank account in the
13  name of JERRY'S SMOKE SHOP, payable to NDN ENTERPRISES for cigarettes.

14      52.     On or about March 27, 2004, DAVID TURNIPSEED caused the issuance of
15  a monetary instrument in the amount of $13,800 from BJ'S II INC. to NDN
16  ENTERPRISES for cigarettes.

17      53.     On or about May 21, 2004, GERALD GEORGE caused the issuance of
18  check number 8074 in the amount of $17,712.50, drawn on a Columbia Bank account in
19  the name of JERRY'S SMOKE SHOP, payable to NDN ENTERPRISES for cigarettes.

20      54.     On or about May 26, 2004, LYLE SHAWN CONWAY caused the issuance
21  of a monetary instrument in the amount of $3,237.50, from LYLE'S II SMOKE SHOP,
22  payable to "Indian", also known as NDN ENTERPRISES, for cigarettes.

23      55.     On or about May 29, 2004, LYLE WAYNE CONWAY caused the issuance
24  of a monetary instrument in the amount of $8,870, from LYLE'S SMOKE SHOP to NDN
25  ENTERPRISES for cigarettes.

26      56.     On or about June 2, 2004, ELIZABETH "VICKI" GORD caused the
27  issuance of check number 3059 in the amount of $8,325, drawn on a U.S. Bank account in
28  name of KIYA'S TRADING POST, INC., payable to NDN ENTERPRISES for cigarettes.

INDICTMENT/STORMMY V. PAUL, et al. - 29

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  57.  On or about June 3, 2004, STORMMY V. PAUL authorized a wire transfer
2  in the amount of $50,400 from a U.S. Bank account in the name of NDN ENTERPRISES,
3  to NISE International LC for NISE cigarettes.

4  58.  On or about June 7, 2004, SILAS CROSS caused the issuance of check
5  number 5042863025 in the amount of $7,037.50, drawn on a Valley Bank account in the
6  name of CROSS'S SMOKE SHOP, payable to NDN ENTERPRISES for cigarettes.

7  All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i)
8  and 1956(h).

9  **VI.**

10  **COUNTS 20 THROUGH 31**
   **(Laundering Monetary Instruments)**

11

12  1.  On or about the dates set forth below, within the Western District of
13  Washington, and elsewhere, the defendants set forth below with respect to each count did
14  knowingly and willfully conduct and attempt to conduct the financial transactions set forth
15  below, affecting interstate and foreign commerce, which involved the proceeds of a
16  specified unlawful activity, that is, trafficking in contraband cigarettes, with the intent to
17  promote the carrying on of specified unlawful activity, that is, trafficking in contraband
18  cigarettes, and that while conducting and attempting to conduct such financial transactions
19  knew that the property involved in the financial transactions, that is, funds and monetary
20  instruments, represented the proceeds of some form of unlawful activity; with each
21  transaction identified below constituting a representative sample of such financial
22  transactions and a separate count of this Indictment, as follows:

23
| Count | Defendant | Date | Description of Financial Transaction |
|-------|-----------|------|--------------------------------------|
| 20 | STORMMY V. PAUL | June 28, 2001 | Withdrawal of funds in the amount of $42,840, in the form of a wire transfer from U.S. Bank account number 153590421795, in the name of "NDN Enterprises," to an account in the name of Carolina Tobacco Company. |

28

INDICTMENT/STORMMY V. PAUL, et al.  - 30

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| 21 | STORMMY V. PAUL | October 16, 2002 | Withdrawal of funds in the amount of $78,400, in the form of a wire transfer from U.S. Bank account number 153590421795, in the name of "NDN Enterprises," to a Central Pacific Bank account in the name of MAK Ventures. |
|----|----|----|----|
| 22 | STORMMY V. PAUL | January 23, 2003 | Withdrawal of funds in the amount of $75,600, in the form of a wire transfer from U.S. Bank account number 153590421795, in the name of "NDN Enterprises," to a Central Pacific Bank account in the name of MAK Ventures. |
| 23 | LYLE SHAWN CONWAY | January 23, 2003 | Withdrawal of funds, in the form of a check drawn on the Fife Commercial Bank, check number 1088, in the amount of $9,757.50, in the name of "Lyle's II General Account," and thereafter deposited into U.S. Bank account number 153590421795 in the name of "NDN Enterprises." |
| 24 | STORMMY V. PAUL | February 13, 2003 | Withdrawal of funds in the amount of $180,000, in the form of check number 5281, drawn on U.S. Bank account number 153591323123, in the name of "Stilly Trading Post," and thereafter deposited into U.S. Bank account number 153590421795 in the name of "NDN Enterprises." |
| 25 | DAVID TURNIPSEED | February 21, 2003 | Withdrawal of funds, in the amount of $15,637.50, in the form of a check, number 16396, drawn on a Columbia State Bank account in the name of "BJ'S II INC.," and thereafter deposited into U.S. Bank account number 153590421795, in the name of "NDN Enterprises." |
| 26 | LYLE WAYNE CONWAY | May 15, 2003 | Withdrawal of funds, in the amount of $4,125, in the form of check number 12536, drawn on a Fife Commercial Bank account in the name of "Lyle's Smoke Shop General Account," and thereafter deposited into U.S. Bank account number 153590421795 in the name of "NDN Enterprises." |

INDICTMENT/STORMMY V. PAUL, *et al.* - 31

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| 27 | ELIZABETH "VICKI" GORD | August 6, 2003 | Withdrawal of funds, in the amount of $18,037.50, in the form of check number 11607, drawn on a U.S. Bank account held in the name of "KI-YA's Trading Post Inc.", and thereafter deposited into U.S. Bank account number 153590421795, in the name of "NDN Enterprises." |
|---|---|---|---|
| 28 | STORMMY V. PAUL | February 6, 2004 | Withdrawal of funds in the amount of $50,400, in the form of a wire transfer from U.S. Bank account number 153590421795, in the name of "NDN Enterprises," to a Central Pacific Bank account in the name of NISE International LC. |
| 29 | JOSHUA TURNIPSEED | May 4, 2004 | Payment of United States currency in the amount of $24,825 by D&A Smoke Shop to Stormmy V. Paul d/b/a "NDN Enterprises," for the purchase of 66 cases of contraband cigarettes (660,000 cigarettes), which traveled in interstate commerce. |
| 30 | SILAS CROSS | May 11, 2004 | Withdrawal of funds, in the amount of $2,987.50, in the form of an Official Check, number 5042862702, drawn on Valley Bank, and thereafter deposited into U.S. Bank account number 153590421795, in the name of "NDN Enterprises." |
| 31 | GERALD GEORGE | May 27, 2004 | Withdrawal of funds, in the amount of $24,017.50, in the form of check number 8082, drawn on a Columbia State Bank account in the name of "Jerry's Smoke Shop," and thereafter deposited into U.S. Bank account number 153590421795, in the name of "NDN Enterprises." |

The Grand Jury further alleges that each of the Counts 20 through 31 was committed during and in furtherance of the conspiracy charged in Count 19, above.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i).

INDICTMENT/STORMMY V. PAUL, et al. - 32

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**COUNT 32**
**(Attempt to Launder Monetary Instruments)**

On or about July 15, 2003, within the Western District of Washington, and elsewhere, the defendant, STORMMY V. PAUL, did knowingly transport, transmit and transfer, and attempt to transport, transmit and transfer, monetary instruments, that is, $501,270 in United States currency, from a place in the United States, that is, Marysville, Washington, to a place outside the United States, that is, Paraguay, knowing that the monetary instruments involved in the transportation, transmission and transfer represented the proceeds of some form of unlawful activity, and knowing that such transportation, transmission and transfer was designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, to wit: the trafficking in contraband cigarettes.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 19, above.

All in violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and 2.

**VII.**

**COUNTS 33 THROUGH 44**
**(Structuring Financial Transactions)**

1.     On or about the dates listed below, within the Western District of Washington, the defendant, STORMMY V. PAUL, as set forth below in each Count 33 through 44, knowingly and for the purpose of evading the reporting requirements of Sections 5313(a) and 5325 of Title 31, United States Code, and the regulations promulgated thereunder, structured and attempted to structure the following financial transactions with a domestic financial institution, as follows:

INDICTMENT/STORMMY V. PAUL, *et al.* - 33

| Count | Date | Dollar Amount | Transaction |
|-------|------|---------------|-------------|
| 33 | January 6, 2003 | $ 8,735 | Deposit of cash into U.S. Bank account number 153590421795 in the name of "NDN Enterprises" |
| 34 | January 7, 2003 | $ 8,800 | Deposit of cash into U.S. Bank account number 153590421795 in the name of "NDN Enterprises" |
| 35 | January 8, 2003 | $ 8,470 | Deposit of cash into U.S. Bank account number 153590421795 in the name of "NDN Enterprises" |
| 36 | January 10, 2003 | $ 8,240 | Deposit of cash into U.S. Bank account number 153590421795 in the name of "NDN Enterprises" |
| 37 | January 14, 2003 | $ 7,600 | Deposit of cash into U.S. Bank account number 153590421795 in the name of "NDN Enterprises" |
| 38 | January 17, 2003 | $ 8,200 | Deposit of cash into U.S. Bank account number 153590421795 in the name of "NDN Enterprises" |
| 39 | January 18, 2003 | $ 8,780 | Deposit of cash into U.S. Bank account number 153590421795 in the name of "NDN Enterprises" |
| 40 | January 20, 2003 | $ 7,340 | Deposit of cash into U.S. Bank account number 153590421795 in the name of "NDN Enterprises" |
| 41 | January 24, 2003 | $ 8,650 | Deposit of cash into U.S. Bank account number 153590421795 in the name of "NDN Enterprises" |
| 42 | January 28, 2003 | $ 8,360 | Deposit of cash into U.S. Bank account number 153590421795 in the name of "NDN Enterprises" |
| 43 | January 29, 2003 | $ 8,670 | Deposit of cash into U.S. Bank account number 153590421795 in the name of "NDN Enterprises" |
| 44 | January 30, 2003 | $ 8,475 | Deposit of cash into U.S. Bank account number 153590421795 in the name of "NDN Enterprises" |

The Grand Jury further alleges that each of the Counts 33 through 44 was committed during and in furtherance of the conspiracy charged in Count 19, above.

All in violation of Title 31, United States Code, Sections 5324(a)(1).

INDICTMENT/STORMMY V. PAUL, et al. - 34

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

# VIII.

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Sections 2344(c) and 981(a)(1)(C), Title 49, United States Code, Sections 80302(a)(5) and (b) and 80303, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 371, conspiracy to knowingly ship, transport, receive, posess, sell, distribute and purchase contraband cigarettes, in violation of Title 18, United States Code, Section 2342(a), set forth in Count 1 of this Indictment, the defendants, STORMMY V. PAUL, LYLE SHAWN CONWAY, LYLE WAYNE CONWAY, SILAS CROSS, GERALD GEORGE, ELIZABETH "VICKI" GORD, DAVID TURNIPSEED and JOSHUA TURNIPSEED, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2344(c) and Title 28, United States Code, Section 2461(c), any and all contraband cigarettes involved in the violation, including, but not limited to:

STORMMY V. PAUL:

    A.    Seized from residence

           i.    Twenty-one thousand three hundred forty-nine (21,349) cartons of contraband cigarettes, seized by U.S. Immigration and Customs Enforcement Agents on June 8, 2004, from 2606 Old Tulalip Road in Marysville, Washington, the primary residence of STORMMY V. PAUL.

           ii.    Eight (8) loose packs of contraband cigarettes, seized by U.S. Immigration and Customs Enforcement Agents on June 8, 2004, from 2606 Old Tulalip Road in Marysville, Washington, the primary residence of STORMMY V. PAUL.

INDICTMENT/STORMMY V. PAUL, *et al.* - 35

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

B. Seized from Storage Unit

    i. Twelve thousand one hundred thirty (12,130) cartons of contraband cigarettes, seized by U.S. Immigration and Customs Enforcement Agents on June 8, 2004, from storage units M-3 and M-4 at 6601 114th Avenue Court East in Puyallup, Washington, rented on behalf of STORMMY V. PAUL.

    ii. Nine (9) loose packs of contraband cigarettes, seized by U.S. Immigration and Customs Enforcement Agents on June 8, 2004, from storage units M-3 and M-4 at 6601 114th Avenue Court East in Puyallup, Washington, rented on behalf of STORMMY V. PAUL.

DAVID TURNIPSEED:

A. Seized from BJ'S II SMOKE SHOP - River Road

    i. Fifteen thousand four hundred fifty-two (15,452) cartons of contraband cigarettes, seized by U.S. Immigration and Customs Enforcement Agents on June 8, 2004, from BJ'S II SMOKE SHOP at 7324 River Road in Puyallup, Washington, a smoke shop owned by DAVID TURNIPSEED.

    ii. Five thousand five hundred ninety-nine (5,599) loose packs of contraband cigarettes, seized by U.S. Immigration and Customs Enforcement Agents on June 8, 2004, from BJ'S II SMOKE SHOP at 7324 River Road in Puyallup, Washington, a smoke shop owned by DAVID TURNIPSEED.

B. Seized from BJ'S II SMOKE SHOP - Pacific Highway

    i. Thirteen thousand six (13,006) cartons of contraband cigarettes, seized by U.S. Immigration and Customs Enforcement Agents on June 8, 2004, from BJ'S II SMOKE SHOP at 4315 Pacific Highway East in Tacoma, Washington, a smoke shop owned by DAVID TURNIPSEED.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1            ii..    Seven thousand six hundred twenty-nine (7,629) loose packs of

2                  contraband cigarettes, seized by U.S. Immigration and Customs

3                  Enforcement Agents on June 8, 2004, from BJ'S II SMOKE SHOP

4                  at 4315 Pacific Highway East in Tacoma, Washington, a smoke

5                  shop owned by DAVID TURNIPSEED.

6      C.    Seized from BJ'S II SMOKE SHOP - Alexander Avenue

7            i.     Four thousand seven hundred eighty-three (4,783) cartons of

8                  contraband cigarettes, seized by U.S. Immigration and Customs

9                  Enforcement Agents on June 8, 2004, from BJ'S II SMOKE SHOP

10                 at 1305 Alexander Avenue East in Tacoma, Washington, a smoke

11                 shop owned by DAVID TURNIPSEED.

12           ii.    One thousand eight hundred seventy-one (1,871) loose packs of

13                 contraband cigarettes, seized by U.S. Immigration and Customs

14                 Enforcement Agents on June 8, 2004, from BJ'S II SMOKE SHOP

15                 at 1305 Alexander Avenue East in Tacoma, Washington, a smoke

16                 shop owned by DAVID TURNIPSEED.

17 LYLE SHAWN CONWAY:

18      A.    Seized from LYLE'S II SMOKE SHOP

19            i.     Three thousand eight hundred eighty-eight (3,888) cartons of

20                 contraband cigarettes, seized by U.S. Immigration and Customs

21                 Enforcement Agents on June 8, 2004, from LYLE'S II SMOKE

22                 SHOP at 3114 River Road East in Tacoma, Washington, a smoke

23                 shop owned by LYLE SHAWN CONWAY.

24           ii.    One thousand eight hundred thirty-eight (1,838) loose packs of

25                 contraband cigarettes, seized by U.S. Immigration and Customs

26                 Enforcement Agents on June 8, 2004, from LYLE'S II SMOKE

27                 SHOP at 3114 River Road East in Tacoma, Washington, a smoke

28                 shop owned by LYLE SHAWN CONWAY.

INDICTMENT/STORMMY V. PAUL, *et al.* - 37

1 | LYLE WAYNE CONWAY:

2      A.    Seized from LYLE'S SMOKE SHOP - Valley Avenue

3          i.    Four thousand five hundred ninety-three (4,593) cartons of

4                contraband cigarettes, seized by U.S. Immigration and Customs

5                Enforcement Agents on June 8, 2004, from LYLE'S SMOKE

6                SHOP at 7511 Valley Avenue East in Fife, Washington, a smoke

7                shop owned by LYLE WAYNE CONWAY.

8          ii.   One thousand eight hundred forty-eight (1,848) loose packs of

9                contraband cigarettes, seized by U.S. Immigration and Customs

10                Enforcement Agents on June 8, 2004, from LYLE'S SMOKE

11                SHOP at 7511 Valley Avenue East in Fife, Washington, a smoke

12                shop owned by LYLE WAYNE CONWAY.

13 | SILAS CROSS:

14      A.    Seized from CROSS'S SMOKE SHOP

15          i.    Seven-thousand twenty-one cartons of contraband cigarettes, seized

16                by U.S. Immigration and Customs Enforcement Agents on June 8,

17                2004, from CROSS'S SMOKE SHOP at 7522 Valley Avenue East

18                in Fife, Washington, a smoke shop owned by SILAS CROSS.

19          ii.   One thousand three hundred three (1,303) loose packs of contraband

20                cigarettes, seized by U.S. Immigration and Customs Enforcement

21                Agents on June 8, 2004, from CROSS'S SMOKE SHOP at 7522

22                Valley Avenue East in Fife, Washington, a smoke shop owned by

23                SILAS CROSS.

24 | ELIZABETH "VICKI" GORD:

25      A.    Seized from THUNDERBIRD STORE

26          i.    Fourteen thousand four hundred seventy-five (14,475) cartons of

27                contraband cigarettes, seized by U.S. Immigration and Customs

28                Enforcement Agents on June 8, 2004, from THUNDERBIRD

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1                 STORE at 7121 East Waller Road in Tacoma, Washington, a smoke

2                 shop owned by ELIZABETH "VICKI" GORD.

3         ii.    Two thousand four hundred eighty-six (2,486) loose packs of

4             contraband cigarettes, seized by U.S. Immigration and Customs

5             Enforcement Agents on June 8, 2004, from THUNDERBIRD

6             STORE at 7121 East Waller Road in Tacoma, Washington, a smoke

7             shop owned by ELIZABETH "VICKI" GORD.

8    B.   Seized from KI-YA'S TRADING POST

9         i.    Two thousand nine hundred thirty-three (2,933) cartons of

10             contraband cigarettes, seized by U.S. Immigration and Customs

11             Enforcement Agents on June 8, 2004, from KI-YA'S TRADING

12             POST at 2811 Portland Avenue in Tacoma, Washington, a smoke

13             shop owned by ELIZABETH "VICKI" GORD.

14         ii.    Six hundred seven (607) loose packs of contraband cigarettes,

15             seized by U.S. Immigration and Customs Enforcement Agents on

16             June 8, 2004, from KI-YA'S TRADING POST at 2811 Portland

17             Avenue in Tacoma, Washington, a smoke shop owned by

18             ELIZABETH "VICKI" GORD.

19 JOSHUA TURNIPSEED:

20    A.   Seized from D&A SMOKE SHOP

21         i.    Twenty-three thousand two hundred five (23,205) cartons of

22             contraband cigarettes, seized by U.S. Immigration and Customs

23             Enforcement Agents on June 8, 2004, from D&A SMOKE SHOP at

24             5511 Pacific Highway in Fife, Washington, a smoke shop owned by

25             JOSHUA TURNIPSEED.

26         ii.    Two thousand seven hundred twenty-six (2,726) loose packs of

27             contraband cigarettes, seized by U.S. Immigration and Customs

28             Enforcement Agents on June 8, 2004, from D&A SMOKE SHOP at

INDICTMENT/STORMMY V. PAUL, *et al.* - 39

| | | |
|---|---|---|
| 1 | | 5511 Pacific Highway in Fife, Washington, a smoke shop owned by |
| 2 | | JOSHUA TURNIPSEED. |
| 3 | GERALD GEORGE: | |
| 4 | A. | Seized from JERRY'S SMOKE SHOP - Levee Road |
| 5 | i. | Sixteen thousand four hundred thirty-five (16,435) cartons of |
| 6 | | contraband cigarettes, seized by U.S. Immigration and Customs |
| 7 | | Enforcement Agents on June 8, 2004, from JERRY'S SMOKE |
| 8 | | SHOP at 5803 North Levee Road in Tacoma, Washington, a smoke |
| 9 | | shop owned by GERALD GEORGE. |
| 10 | ii. | Two thousand two hundred ninety-four (2,294) loose packs of |
| 11 | | contraband cigarettes, seized by U.S. Immigration and Customs |
| 12 | | Enforcement Agents on June 8, 2004, from JERRY'S SMOKE |
| 13 | | SHOP at 5803 North Levee Road in Tacoma, Washington, a smoke |
| 14 | | shop owned by GERALD GEORGE. |
| 15 | B. | Seized from JERRY'S II SMOKE SHOP - Alexander Ave. |
| 16 | i. | Two thousand eight hundred seventy-eight (2,878) cartons of |
| 17 | | contraband cigarettes, seized by U.S. Immigration and Customs |
| 18 | | Enforcement Agents on June 8, 2004, from JERRY'S II SMOKE |
| 19 | | SHOP at 1207 Alexander Avenue East in Tacoma, Washington, a |
| 20 | | smoke shop owned by GERALD GEORGE. |
| 21 | ii. | One thousand one hundred twenty-four (1,124) loose packs of |
| 22 | | contraband cigarettes, seized by U.S. Immigration and Customs |
| 23 | | Enforcement Agents on June 8, 2004, from JERRY'S II SMOKE |
| 24 | | SHOP at 1207 Alexander Avenue East in Tacoma, Washington, a |
| 25 | | smoke shop owned by GERALD GEORGE. |
| 26 | 3. | Upon conviction of the offense in violation of Title 18, United States |
| 27 | Code, Section 371, conspiracy to knowingly ship, transport, receive, possess, sell, | |
| 28 | distribute and purchase contraband cigarettes, in violation of Title 18, United States | |

INDICTMENT/STORMMY V. PAUL, *et al.* - 40

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 Code, Section 2342(a), set forth in Count 1 of this Indictment, the defendants,

2 STORMMY V. PAUL, LYLE SHAWN CONWAY, LYLE WAYNE CONWAY,

3 SILAS CROSS, GERALD GEORGE, ELIZABETH "VICKI" GORD, DAVID

4 TURNIPSEED and JOSHUA TURNIPSEED, shall forfeit to the United States of

5 America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28,

6 United States Code, Section 2461(c), any and all property, real or personal, which

7 constitutes or is derived from proceeds traceable to said violation, including, but not

8 limited to:

9 MONEY JUDGMENT:

10     A.    A sum of money equal to $7,454,305.91 in United States funds,

11            representing the amount of proceeds obtained as a result of the offense,

12            conspiracy to traffic in contraband cigarettes, for which the defendants are

13            jointly and severally liable;

14 STORMMY V. PAUL:

15     A.    Seized from residence

16           i.    Eighty-five thousand eight hundred eighty dollars ($85,880.00) in

17               United States currency seized by U.S. Immigration and Customs

18               Enforcement Agents on June 8, 2004, from 2606 Old Tulalip Road

19               in Marysville, Washington, the primary residence of STORMMY

20               V. PAUL.

21           ii.    Eighty-five (85) Tulalip Casino chips valued at $100.00 each, for a

22               total value eight thousand five hundred ($8,500.00) dollars  seized

23               by U.S. Immigration and Customs Enforcement Agents on June 8,

24               2004, from 2606 Old Tulalip Road in Marysville, Washington, the

25               primary residence of STORMMY V. PAUL.

26           iii.    Eighteen thousand nine hundred seventy-seven dollars ($18,977.00)

27               held in account number 153590421795 at US Bank at 1301 5th

28               Avenue in Seattle, Washington, in the name of STORMMY V.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | PAUL, and seized by U.S. Immigration and Customs Enforcement |
| 2 | Agents on June 8, 2004. |
| 3 | DAVID TURNIPSEED: |
| 4 | A. Seized from BJ'S II SMOKE SHOP - Pacific Highway |
| 5 | i. One hundred sixty-five thousand three-hundred sixty-three dollars |
| 6 | ($165,363.00) in United States currency seized by U.S. |
| 7 | Immigration and Customs Enforcement Agents on June 8, 2004, |
| 8 | from BJ'S II SMOKE SHOP at 4315 Pacific Highway East in |
| 9 | Tacoma, Washington, a smoke shop owned by DAVID |
| 10 | TURNIPSEED. |
| 11 | B.. Seized from BJ'S II SMOKE SHOP - Alexander Avenue |
| 12 | i. Fourteen thousand thirteen dollars ($14,013.00) in United States |
| 13 | currency seized by U.S. Immigration and Customs Enforcement |
| 14 | Agents on June 8, 2004, from BJ'S II SMOKE SHOP at 1305 |
| 15 | Alexander Avenue East in Tacoma, Washington, a smoke shop |
| 16 | owned by DAVID TURNIPSEED. |
| 17 | LYLE SHAWN CONWAY: |
| 18 | A. Seized from LYLE'S II SMOKE SHOP - River Road |
| 19 | i. Twenty-seven thousand two hundred ninety-six dollars ($27,296.00) |
| 20 | in United States currency seized by U.S. Immigration and Customs |
| 21 | Enforcement Agents on June 8, 2004, from LYLE'S II SMOKE |
| 22 | SHOP at 3114 River Road East in Tacoma, Washington, a smoke |
| 23 | shop owned by LYLE SHAWN CONWAY. |
| 24 | LYLE WAYNE CONWAY: |
| 25 | A. Seized from LYLE'S SMOKE SHOP - Valley Avenue |
| 26 | i. Forty-seven thousand sixty-nine dollars ($47,069.00) in United |
| 27 | States currency seized by U.S. Immigration and Customs |
| 28 | Enforcement Agents on June 8, 2004, from LYLE'S II SMOKE |

INDICTMENT/STORMMY V. PAUL, et al. - 42

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1                                   SHOP at 7511 Valley Avenue East in Fife, Washington, a smoke

2                                   shop owned by LYLE WAYNE CONWAY.

3 SILAS CROSS:

4       A.     Seized from CROSS'S SMOKE SHOP

5            i.     Nine thousand three hundred ninety-five dollars ($9,395.00) in

6                  United States currency seized by U.S. Immigration and Customs

7                  Enforcement Agents on June 8, 2004, from CROSS'S SMOKE

8                  SHOP at 7522 Valley Avenue East in Fife, Washington, a smoke

9                  shop owned by SILAS CROSS.

10 ELIZABETH "VICKI" GORD:

11       A.     Seized from KI-YA'S TRADING POST

12            i.     Four thousand five hundred seventy-one dollars ($4,571.00) in

13                  United States currency seized by U.S. Immigration and Customs

14                  Enforcement Agents on June 8, 2004, from KI-YA'S TRADING

15                  POST at 2811 Portland Avenue in Tacoma, Washington, a smoke

16                  shop owned by ELIZABETH "VICKI" GORD.

17 JOSHUA TURNIPSEED:

18       A.     Seized from D&A SMOKE SHOP

19            i.     One hundred thirty-six thousand three hundred one dollars

20                  ($136,301.00) in United States currency seized by U.S.

21                  Immigration and Customs Enforcement Agents on June 8, 2004,

22                  from D&A SMOKE SHOP at 5511 Pacific Highway in Fife,

23                  Washington, a smoke shop owned by JOSHUA TURNIPSEED.

24 GERALD GEORGE:

25       A.     Seized from JERRY'S SMOKE SHOP - Levee Road

26            i.     Seventy-eight thousand eight hundred twenty-one dollars

27                  ($78,821.00) in United States currency seized by U.S. Immigration

28                  and Customs Enforcement Agents on June 8, 2004, from JERRY'S

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | SMOKE SHOP at 5803 North Levee Road in Tacoma, Washington, |
| 2 | a smoke shop owned by GERALD GEORGE. |
| 3 | B. Seized from JERRY'S II SMOKE SHOP - Alexander Ave |
| 4 | i. Eight thousand four-hundred forty-nine dollars ($8,449.00) in |
| 5 | United States currency seized by U.S. Immigration and Customs |
| 6 | Enforcement Agents on June 8, 2004, from JERRY'S II SMOKE |
| 7 | SHOP at 1207 Alexander Avenue East in Tacoma, Washington, a |
| 8 | smoke shop owned by GERALD GEORGE. |

4. Upon conviction of the offense in violation of Title 18, United States Code, Section 371, conspiracy to knowingly ship, transport, receive, possess, sell, distribute and purchase contraband cigarettes, in violation of Title 18, United States Code, Section 2342(a), set forth in Count 1 of this Indictment, the defendants, STORMMY V. PAUL, LYLE SHAWN CONWAY, LYLE WAYNE CONWAY, SILAS CROSS, GERALD GEORGE, ELIZABETH "VICKI" GORD, DAVID TURNIPSEED and JOSHUA TURNIPSEED, shall forfeit to the United States of America, pursuant to Title 49, Sections 80302(a)(5) and (b), and 80303 and Title 28, United States Code, Section 2461(c), any and all aircraft, vehicles and vessels used to transport or facilitate the transportation, concealment, receipt, possession, purchase, sale, exchange, or giving away of contraband cigarettes, including but not limited to:

A. A white, 2001 Chevrolet Express van, bearing Washington license plate A79390J, and Vehicle Identification Number 1GCEG15W011237605 seized by U.S. Immigration and Customs Enforcement Agents on June 8, 2004, from 2606 Old Tulalip Road in Marysville, Washington, the primary residence of STORMMY V. PAUL.

////

////

INDICTMENT/STORMMY V. PAUL, *et al.* - 44

1    5.    If any of the property described above, as a result of any act or omission

2 of the defendant(s):

3              a.    cannot be located upon the exercise of due diligence;

4              b.    has been transferred or sold to, or deposited with, a third party;

5              c.    has been placed beyond the jurisdiction of the court;

6              d.    has been substantially diminished in value; or

7              e.    has been commingled with other property which cannot be divided

8                    without difficulty,

9 the United States of America shall be entitled to forfeiture of substitute property under

10 the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title

11 28, United States Code, Section 2461(c).

12                                    A TRUE BILL:
                                      DATED:
13
                                      *(Signature of Foreperson redacted pursuant to*
14                                    *the policy of the judicial conference.)*

15                                    _____
                                      FOREPERSON
16

17
    JOHN McKAY
18  United States Attorney

19

20
    SUSAN M. HARRISON
21  Assistant United States Attorney

22

23
    JANET FREEMAN
24  Assistant United States Attorney

25

26
    RICHARD E. COHEN
27  Assistant United States Attorney

28

INDICTMENT/STORMMY V. PAUL, *et al.* - 45

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970