```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

    MAY 10 2006
       AT SEATTLE
  CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                        DEPUTY
BY
```

05-CR-00116-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STORMMY V. PAUL, *et al.*,<br><br>Defendant. | NO. CR-05-116-RHW<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL AND CONTINUE TRIAL DATE** |

Before the Court is Defendant Stormmy Paul's Motion to Substitute Counsel and Continue Trial Date (Ct. Rec. 214). This motion was heard without oral argument. Defendant Paul requests that T. Jeffrey Keane and Larry Johnson be permitted to withdraw and that John Henry Browne be permitted to enter his notice of appearance as counsel on his behalf. The Government has no position on this request. Defendant Paul also requests a continuance of the trial date to enable defense counsel to adequately investigate and prepare for trial. The Government objects to this request. However, because defense counsel is new to this case and its issues are complex, the Court finds that the Defendant requires additional time to investigate and prepare for trial, and that his interests would not be adequately represented without a continuance.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Stormmy Paul's Motion to Substitute Counsel and Continue Trial Date (Ct. Rec. 214) is **GRANTED**. T. Jeffrey Keane and Larry Johnson are

permitted to withdraw as counsel in this matter, and no further notices or other documents concerning this matter need to be served on Mr. Keane and Mr. Johnson. John Henry Browne is directed to enter his notice of appearance in this case.

2. The current trial date of July 17, 2006, is **stricken**. Trial is **reset** for **October 23, 2006, at 9:00 a.m.,** in Seattle, Washington. Counsel shall appear in chambers at **8:30 a.m.**

3. A pretrial conference is set on **September 27, 2006, at 11:00 a.m.**, in Seattle, Washington.

4. All pretrial motions shall be filed on or before **September 1, 2006.**

5. Within seven (7) days from the date of this order, Defendant shall file a waiver of speedy trial.

6. Pursuant to 18 U.S.C. § 3161(h)(8)(A), the time between July 17, 2006, the current trial date, until October 23, 2006, the new trial date, is **DECLARED EXCLUDABLE** for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the interests of the public and Defendant in a speedy trial.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to counsel.

**DATED** the 10th day of May, 2006.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
United States District Judge

C:\Documents and Settings\mductt\Local Settings\Temp\notesD30550\Paul.cont2.ord.wpd

ORDER GRANTING DEFENDANT'S MOTION TO
SUBSTITUTE COUNSEL AND CONTINUE TRIAL DATE * 2